**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON** |
| | ) | **DETAINERS ORDER** |
| vs. | ) | |
| | ) | Case No.: 1:25-cr-159 |
| Hope Marie Burd, | ) | |
| | ) | |
| Defendant. | ) | |

On September 8, 2025, Defendant made her initial appearance in the above-entitled action and was arraigned. Prior to her initial appearance, Defendant was incarcerated by the State of North Dakota at the Dakota Women's Correctional and Rehabilitation Center in bvNew England, North Dakota. After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with North Dakota prison officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), Defendant's appearance before this court for her initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*.

Defendant has executed an "Interstate Agreement on Detainers Anti-Shuttling Waiver Stipulation." (Doc. No. 11). Therein she waived the anti-shuttling provisions of the IADA and agreed to remain in the custody of the State of North Dakota (the "sending state" under the IADA) pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA).

The Court adopts the stipulation (Doc. No. 11) and finds that Defendant has knowingly and intelligently, voluntarily, and upon advice of counsel waived her rights under the IADA's anti-shuttling provisions. Accordingly, the court **ORDERS** that Defendant be returned to and housed

1

in the "sending state" under the IADA pending further proceedings or until further order of the court

Further, pursuant to Defendant's waiver, the return of Defendant to state custody pending trial <u>shall</u> <u>not</u> be grounds under the IADA for dismissal of the charges set forth in the Indictment.

Dated this 8th day of September, 2025.

<u>/s/ Clare R. Hochhalter</u>
Clare R. Hochhalter, Magistrate Judge
United States District Court